## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DONNA J. HILL,
On Behalf of Herself and All Others Similarly
Situated or, Alternatively, on Behalf of the New
Mexico Educational Retirement Fund and its
Members and Beneficiaries,

            Plaintiff,

v.                               No. _____

VANDERBILT CAPITAL ADVISORS, LLC,
VANDERBILT FINANCIAL, LLC, VANDERBILT
FINANCIAL TRUST, PIONEER INVESTMENT
MANAGEMENT U.S.A., INC., BRUCE MALOTT,
GARY BLAND, VERONICA GARCIA, DOUGLAS
M. BROWN, PATRICK A LIVNEY, OSBERT M.
HOOD, STEPHEN C. BERNHARDT, KURT W.
FLORIAN, JR., ANTHONY J. KOENIG, JR.,
MARK E. BRADLEY, RON D. KESSINGER,
ROBERT P. NAULT, JAMES R. STERN, NEW
ENGLAND PENSION CONSULTANTS, LLC,
ALDUS EQUITY, SAUL MEYER, JOHN DOE #1,
JOHN DOE #2, and DOES 3-100, inclusive,

            Defendants,

            and

THE NEW MEXICO EDUCATIONAL
RETIREMENT FUND,

            Nominal Defendant.

## NOTICE OF REMOVAL

       Defendant Veronica Garcia, Secretary of the New Mexico Public Education Department,

through her undersigned counsel states:

       1.        Pursuant to 28 U.S.C. §§ 1441, 1443, 1453(b) and 1446, Defendant Garcia herein

exercises her right, with the consent of all served Defendants, to remove this action from the

First Judicial District, County of Santa Fe, State of New Mexico, where the case is now pending

by the name and style of *Donna J. Hill v. Vanderbilt Capital Advisors, LLC, et al.*, First Judicial

District Court No. D-101-CV-201000060. Plaintiff's action arises, in part, out of alleged

violations of the Fifth and Fourteenth Amendments to the United States Constitution and

purports to be a class action as defined by 28 U.S.C. § 1453.

2. This Court has original jurisdiction as provided in 28 U.S.C. § 1331 in that the

cause arises under the United States Constitution.

3. This Court has original jurisdiction as provided in 28 U.S.C. § 1332(d)(2) as the

cause purports to be a class action claim.

4. On February 5, 2010, Plaintiff served Defendant Garcia. On January 14, 2010,

Plaintiff served Defendant, Pioneer Investment Management U.S.A., Inc ("Pioneer"). On

information and belief, Pioneer was the first Defendant served in this matter. As of February 12,

2010, no service on the Defendant Educational Retirement Board Trustee Defendants, including

Secretary Garcia, Bruce Malott, Gary Bland and Douglas M. Brown has been perfected. As of

this date, Plaintiff has served Defendants Vanderbilt Capital Advisors[1], Patrick A. Livney,

Osbert M. Hood, Stephen C. Bernhardt, Kurt W. Florian, Jr., Anthony Koenig, Jr., Mark E.

Bradley, Ron D. Kessinger, Robert P. Nault, James R. Stern, and New England Pension

Consultants, LLC.

5. On information and belief, Aldus Equity has been served, though the date of

service is unknown. It is also unknown whether service on Aldus Equity was proper pursuant to

applicable rules.

---

[1] Vanderbilt Financial, LLC and Vanderbilt Financial Trust are entities which no longer exist as they have been dissolved.

6.      This notice of removal is filed within 30 days of incomplete service[2] on Defendant Garcia, in accordance with the requirements of 28 U.S.C. § 1446 and within 30 days of service on the first served Defendant, Pioneer.

7.      Pursuant to the provisions of 28 U.S.C. § 1446, Defendant attaches and incorporates by reference copies of the following pleadings filed in this action:

    a.      Complaint for Damages (Exhibit A);

    b.      Summons issued to Defendant Veronica Garcia (Exhibit B).

8.      Defendant Garcia and the other served Defendants who have consented below, desire and are entitled to have this cause removed from the First Judicial District, County of Santa Fe, State of New Mexico. Defendant Garcia does not waive any jurisdictional or other defense she may be entitled to by filing this Notice of Removal.

9.      Written notice of the filing of this Notice is being sent contemporaneously to counsel for Plaintiff as required by law.

10.     A true and accurate copy of this notice will be filed with the clerk of the First Judicial District Court, County of Santa Fe, State of New Mexico, as provide by law.

WHEREFORE, Defendant Garcia prays that this action be removed to Federal Court, that this Court accept jurisdiction and that the action be placed on the docket of this Court for further proceedings, the same as though this action had been initiated in this Court.

Respectfully submitted,

HINKLE, HENSLEY, SHANOR & MARTIN, LLP


/s/ Ellen S. Casey
Jaclyn M. McLean

---

[2] New Mexico Rule of Civil Procedure 1-004(H)(c) requires that service may only be perfected on a state official by personal service on the state official and on the Attorney General.

Post Office Box 2068
Santa Fe, New Mexico 87504-2068
Telephone: 505-982-4554
Facsimile: 505-982-8623
*Counsel for Secretary Veronica Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2010, I caused a true and correct copy of the foregoing **Notice of Removal** to be filed electronically through the CM/ECF system, and mailed by first class mail to the following parties or counsel:

**Counsel for Plaintiff**
Gordon H. Rowe III
The Rowe Law Firm
1200 Pennsylvania NE, Suite 2B
Albuquerque, NM 87110

Jonathan Cuneo
Cuneo, Gilbert & LaDuca, LLP
507 C Street NE
Washington, DC 20002

Richard Greenfield
Greenfield & Goodman, LLC
250 Hudson Street, 8th Floor
New York, NY 10013

**Counsel for Defendants Vanderbilt Capital Advisors, LLC, Pioneer Investment Management U.S.A., Inc., Osbert M. Hood, Stephen C. Bernhardt, Kurt W. Florian, Jr., Anthony J. Koenig, Jr., Mark E. Bradley, Ron D. Kessinger, Robert P. Nault , and James R. Stern**
Peter L. Simmons
Fried, Frank, Harris, Shiver & Jacobson, LLP
One New York Plaza
New York, NY 10004-1980

Andrew Shultz
Rodey Law Firm
P.O. Box 1888
Albuquerque, NM 87103

**Counsel for Defendant Gary Bland**
Steve Hamilton
Montgomery & Andrews
325 Paseo de Peralta
Santa Fe, NM 87501

**Counsel for Defendant Bruce Malott**
Martin R. Esquivel
Narvaez Law Firm
P.O. Box 25967
Albuquerque, NM 87125-0967

**Counsel for Defendant New England Pension Consultants, LLC**
Michael Comeau
Comeau, Maldegen, Templeman & Indall, LLP
141 East Palace Avenue
Santa Fe, New Mexico 87504

Roberto Braceras
Jennifer Chunias

**Counsel for Defendant Patrick Livney**
Peter A. Silverman
Figliulo & Silverman, P.C.
10 S. LaSalle Street
Chicago, IL 60603

William C. Madison
Madison, Harbour & Mroz, P.A.

Goodwin Procter LLP
53 State Street
Boston, MA 02109

Albuquerque Plaza Suite 1600
201 Third Street, NW
Albuquerque, NM 87103

**Counsel for Defendant Aldus Equity**
Nicholas A. Foley
Neligan Foley LLP
Republic Center
325 N. St. Paul
Suite 3600
Dallas, Texas 75201

**Counsel for Defendant Douglas Brown**
Richard J. Shane
Riley & Shane, P.A.
3880 Osuna Road, N.E.
Albuquerque, New Mexico 87109

/s/ Ellen S. Casey