IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNA J. HILL,

    Plaintiff,

vs.                            No. CV 10-133 DJS/CG

VANDERBILT CAPITAL ADVISORS, LLC,
et al.,

    Defendants.

## MINUTE ORDER

    Please be advised that the above captioned case has been randomly reassigned to U.S. Magistrate Judge Alan C. Torgerson as Referral Judge.

    In accordance with D.N.M.LR-Civ. 10.1 `the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

    Kindly reflect this change when submitting further pleadings for this case.   CASE NUMBER **CV 10-133 DJS/ACT.**

                                       MATTHEW J. DYKMAN
                                       CLERK OF COURT

                                       _____