IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


DONNA J. HILL,
On Behalf of Herself and All Other Similarly
Situated or, Alternatively, on Behalf of the New
Mexico Educational Retirement Fund and its
Members and Beneficiaries

       Plaintiff,

    v.                                                                                      Civ. No. 10-133 DJS/ACT

VANDERBILT CAPITAL ADVISORS, LLC,
VANDERBILT FINANCIAL, LLC, VANDERBILT
FINANCIAL TRUST, PIONEER INVESTMENT
MANAGEMENT, U.S.A., INC., BRUCE MALOTT,
GARY BLAND, VERONICA GARCIA, DOUGLAS
M. BROWN, PATRICK LIVNEY, OSBERT M. HOOD
STEPHEN C. BERNHARDT, KURT W.
FLORIAN, JR., ANTHONY J. KOENIG, JR.,
MARK E. BRADLEY, RON D. KESSINGER,
ROBERT P. NAULT, JAMES R. STERN, NEW
ENGLAND PENSION CONSULTANTS, LLC,
ALDUS EQUITY, SAUL MEYER, JOE DOE #1
JOHN DOE #2, DOES 3-100, inclusive

       Defendants.


## ORDER FOR ADMISSION OF COUNSEL PRO HAC VICE

UPON MOTION of Defendant New England Pension Consultants, LLC, to permit Roberto M. Braceras and Jennifer L. Chunias, of the law firm of Goodwin Procter LLP, to participate in all proceedings in this matter *pro hac vice,* in association with local counsel, Comeau, Maldegen, Templeman & Indall, LLP, and it appearing that Mr. Braceras and Ms. Chunias are in good standing of the bars in which they are admitted,

IT IS HEREBY ORDERED that Roberto M. Braceras and Jennifer L. Chunias be admitted to participate in all proceedings in this matter *pro hac vice*.

_____
ALAN C. TORGERSON
United States Magistrate Judge

Submitted:

By: s/_____
  Michael R. Comeau
  Comeau, Maldegen, Templeman
   & Indall, LLP
  Post Office Box 669
  Santa Fe, NM 87504-0669
  *Attorneys for Defendant New England
  Pension Consultants, LLC*

Approved:

By: Approved 2/18/10_____
  Gordon H. Rowe III
  The Rowe Law Firm
  1200Pensylvania NE, Suite 2B
  Albuquerque, NM 87110
  *Attorneys for Plaintiff*

T:\Court\10cv133 - Order Pro Hac Vice.doc