IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNA J. HILL,
On Behalf of Herself and All Other Similarly
Situated or, Alternatively, on Behalf of the New
Mexico Educational Retirement Fund and its
Members and Beneficiaries,

    Plaintiff,

v.

                              No. 10CV133 DJS/KBM

VANDERBILT CAPITAL ADVISORS, LLC,
VANDERBILT FINANCIAL, LLC, VANDERBILT
FINANCIAL TRUST, PIONEER INVESTMENT
MANAGEMENT U.S.A., INC., BRUCE MALOTT,
GARY BLAND, VERONICA GARCIA, DOUGLAS
M. BROWN, PATRICK LIVNEY, OSBERT M. HOOD
STEPHEN C. BERNHARDT, KURT W.
FLORIAN, JR., ANTHONY J. KOENIG, JR.,
MARK E. BRADLEY, RON D. KESSINGER,
ROBERT P. NAULT, JAMES R. STERN, NEW
ENGLAND PENSION CONSULTANTS, LLC,
ALDUS EQUITY, SAUL MEYER, JOHN DOE #1
JOHN DOE #2, and DOES 3-100, inclusive,

    Defendants,

and

THE NEW MEXICO EDUCATIONAL
RETIREMENT FUND,

    Nominal Defendant.

### ORDER GRANTING UNOPPOSED MOTION FOR ASSIGNMENT OF TIME FOR NEW MEXICO DEFENDANTS TO RESPOND TO COMPLAINT

THIS MATTER comes before the Court upon an Unopposed Motion for Assignment of Time for Defendant Bruce Malott, by and through his counsel of record, Narvaez Law Firm, P.A. (Martin R. Esquivel), Defendant Veronica Garcia, by and through her counsel of record, Hinkle, Hensley Shanor & Martin LLP, (Ellen Casey), Defendant Doug Brown, by and through

his counsel of record, Riley & Shane, P.A., (Richard Shane), and Defendant Gary Bland, by and through his counsel of record, Montgomery & Andrews, P.A., (Stephen Hamilton), (collectively) the "New Mexico Defendants") for an assignment of a deadline to answer or otherwise respond to the Plaintiff's Complaint.

This Court finds the unopposed motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the New Mexico Defendants will have until March 25, 2010 to answer or otherwise respond to the Complaint.

_____
HONORABLE DON J. SVET
U.S. MAGISTRATE JUDGE