IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONNA J. HILL,
On Behalf of Herself and All Others Similarly
Situated or, Alternatively, on Behalf of the New
Mexico Educational Retirement Fund and its
Members and Beneficiaries,

      Plaintiff,

v.                                                 No. CIV 10-133 JB/KBM

VANDERBILT CAPITAL ADVISORS, LLC,
VANDERBILT FINANCIAL, LLC, VANDERBILT
FINANCIAL TRUST, PIONEER INVESTMENT
MANAGEMENT U.S.A., INC., BRUCE MALOTT,
GARY BLAND, VERONICA GARCIA, DOUGLAS
M. BROWN, PATRICK A LIVNEY, OSBERT M.
HOOD, STEPHEN C. BERNHARDT, KURT W.
FLORIAN, JR., ANTHONY J. KOENIG, JR.,
MARK E. BRADLEY, RON D. KESSINGER,
ROBERT P. NAULT, JAMES R. STERN, NEW
ENGLAND PENSION CONSULTANTS, LLC,
ALDUS EQUITY, SAUL MEYER, JOHN DOE #1,
JOHN DOE #2, and DOES 3-100, inclusive,

      Defendants,

      and

THE NEW MEXICO EDUCATIONAL
RETIREMENT FUND,

      Nominal Defendant.

**ORDER ADOPTING THE PARTIES' STIPULATION AND PROPOSED CASE MANAGEMENT ORDER**

THIS MATTER having come before the Court upon the parties' Stipulation and Proposed Case Management Order ("the Stipulation"), filed with the Court on May 20, 2010; the Court having reviewed the Stipulation and otherwise being sufficiently advised in the premises;

THE COURT FINDS that the Stipulation is unopposed and otherwise well taken;

THEREFORE IT IS ORDERED that the Stipulation and Proposed Case Management Order will govern the above-referenced matter.

_____
UNITED STATES DISTRICT JUDGE