## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DONNA J. HILL and YOLANDA
CHACON-VALLE, on Behalf of the New
Mexico Educational Retirement Fund
and its Members and Beneficiaries, or
Alternatively On Behalf of Themselves and
All Others Similarly Situated,

       Plaintiffs,

vs.                                        No. CIV 10-0133 JB/KBM

VANDERBILT CAPITAL ADVISORS, LLC;
VANDERBILT FINANCIAL, LLC; VANDERBILT
FINANCIAL TRUST; PIONEER INVESTMENT
MANAGEMENT, U.S.A., BRUCE MALOTT,
GARY BLAND, VERONICA GARCIA, DOUGLAS
M. BROWN, PATRICK LIVNEY, OSBERT M.
HOOD, STEPHEN C. BERNHARDT, KURT W.
FLORIAN, JR., ANTHONY J. KOENIG, JR.,
MARK E. BRADLEY, RON D. KESSINGER,
ROBERT P. NAULT, JAMES R. STERN, NEW
ENGLAND PENSION CONSULTANTS LLC,
ALDUS EQUITY, SAUL MEYER, JOHN DOE #1
JOHN DOE #2, AND DOES 3-100, inclusive,

       Defendants,

and

THE NEW MEXICO EDUCATIONAL
RETIREMENT FUND,

       Nominal Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order,

filed September 30, 2011 (Doc. 101). The Court, having found that it lacks subject matter

jurisdiction in this matter, will remand this case, and all of its claims, to the First Judicial District, Santa Fe County, State of New Mexico.  There not being any further claims or issues before the Court, the Court now enters final judgment.

**IT IS ORDERED** that the case and all claims therein are remanded to the First Judicial District, Santa Fe County, State of New Mexico and final judgment is entered in the case.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Gordon H. Rowe, III
The Rowe Law Firm
Albuquerque, New Mexico

*-- and --*

Richard D. Greenfield
Marguerite R. Goodman
Greenfield & Goodman, LLC
New York, New York

*-- and --*

Jonathon Cueno
Michael G. Lenett
Matthew E. Miller
Brendan S. Thompson
Cueno, Gilbert & LaDuca, LLP
Washington, D.C.

  *Attorneys for the Plaintiffs*

Andrew G. Schultz
Rodey, Dickason, Sloan, Akin
  & Robb, P.A.
Albuquerque, New Mexico

*-- and --*

Peter L. Simmons
Fried, Frank, Harris, Shiver
  & Jacobson, LLP
New York, New York

      *Attorneys for Defendants Vanderbilt Capital Advisors, LLC,*
        *Pioneer Investment Management U.S.A., Inc., Osbert M. Hood,*
        *Stephen C. Bernhardt, Kurt W. Florian, Jr., Anthony J. Koenig, Jr.,*
        *Mark E. Bradley, Ron D. Kessinger, Robert P. Nault, and James R. Stern*

William C. Madison
Rebecca S. Kenny
Madison Harbour & Mroz, P.A.
Albuquerque, New Mexico

*-- and --*

Peter A. Silverman
Joseph A. Donado
Figilulo & Silverman, P.C.
Chicago, Illinois

      *Attorneys for Defendant Patrick Livney*

Nicholas A. Foley
Douglas J. Buncher
John D. Gaither
Neligan Foley LLP
Dallas, Texas

      *Attorneys for Defendant Aldus Equity*

Michael Comeau
Grey W. Handy
Comeau, Maldegen, Templeman & Indall, LLP
Santa Fe, New Mexico
*-- and --*

Roberta Braceras
Jennifer Chunias
Goodwin Procter LLP
Boston, Massachusetts

*Attorneys for Defendant New England
   Pension Consultants, Inc.*

Henry F. Narvaez
Martin R. Esquivel
Bryan C. Garcia
Denise Michelle Chanez
Narvaez Law Firm, P.A.
Albuquerque, New Mexico

   *Attorneys for Defendant Bruce Malott*

Stephen S. Hamilton
Montgomery & Andrews, P.A.
Santa Fe, New Mexico

   *Attorney for Defendant Gary Bland*

Ellen S. Casey
Jaclyn M. McLean
Hinkle, Hensley, Shanor & Martin, LLP
Santa Fe, New Mexico

   *Attorneys for Defendant Veronica Garcia*

Richard J. Shane
Riley & Shane, P.A.
Albuquerque, New Mexico

   *Attorneys for Defendant Douglas M. Brown*

Paul Shechtman
Stillman, Friedman & Schechtman
New York, New York

   *Attorneys for Defendant Saul Meyer*

William Arland, III
The Arland Law Firm
Santa Fe, New Mexico

*-- and --*

Joseph Goldberg
Mary (Molly) Schmidt-Nowara
Freedman Boyd Hollander Goldberg Ives
   & Duncan, P.A.
Albuquerque, New Mexico

   *Attorneys for Nominal Defendant The*
      *Educational Retirement Fund*