

**STEPHEN S. HAMILTON**
Direct: (505) 986-2649
Cell: (505) 690-5291
Email: shamilton@montand.com
Reply To: Santa Fe Office
www.montand.com

April 2, 2013
VIA EMAIL

The Honorable James O. Browning
United States District Judge
Pete V. Domenici
United States Courthouse
333 Lomas Blvd NW
Albuquerque, NM 87102

Re: *Hill v. Vanderbilt Capital Advisors, LLC, et al.*
No. 6:10-cv-00133 JB/KBM

Dear Judge Browning:

The undersigned parties have agreed to send this joint letter to you in regard to the above referenced case. As you recall, on September 30, 2011 in your Memorandum Opinion and Order you remanded the case to the New Mexico state court for lack of subject matter jurisdiction.

Plaintiffs appealed the matter to the Tenth Circuit Court of Appeals and on December 27, 2012 the decision of that court was entered in which the appeal was dismissed for lack of jurisdiction. The Tenth Circuit's Mandate was issued on January 18, 2013 and received by this Court the same day.

However, as of this date, so far as we are able to determine, the state court has not yet received the notice of remand from this Court. We are concerned that the matter has somehow "slipped through the cracks" and write to ask for your assistance to assure that the matter is properly remanded pursuant to your original order.

Please let us know if you require any additional information in regard to this issue.

Sincerely,

Stephen S. Hamilton
Counsel for Gary Bland

REPLY TO:
325 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone (505) 982-3873 • Fax (505) 982-4289

Post Office Box 2307
Santa Fe, New Mexico 87504-2307

6301 Indian School Road NE, Suite 400
Albuquerque, New Mexico 87110
Telephone (505) 884-4200 • Fax (505) 888-8929

Post Office Box 36210
Albuquerque, New Mexico 87176-6210

The Honorable James O. Browning
United States District Judge
April 2, 2013
Page 2

/s/ Ellen Casey
Ellen Casey
Counsel for Defendant Veronica Garcia

/s/ Martin Esquivel
Martin Esquivel
Counsel for Defendant Bruce Malott

/s/ Richard Shane
Richard Shane
Counsel for Defendant Douglas M. Brown

/s/ Jonathan Cuneo
Jonathan Cuneo
Counsel for Plaintiffs

SSH/dho

cc: All Counsel of Record